UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BENNIE GRAY, JR.
    Plaintiff,

V. : CIV NO. 3:19CV1869 (KAD)

BANSLEY/ANTHONY/BURDO LLC
et al.,
    Defendants : APRIL 30, 2020

SCANNED at and Emailed 5/1/20 by ___ ___ pages

## MOTION TO WITHDRAW COMPLAINT WITHOUT PREJUDICE

The plaintiff believes his claim are more appropriate for state court rather than federal court, thereby, he asks the courts permission to withdraw this complaint without prejudice so he can pursue his issues in state court.

Respectfully submitted,
PLAINTIFF

Bennie Gray Jr.  Pro Se
#259596
Corrigan-Radgowski C.C.
986 Norwich New London Tpke.
Uncasville, CT 06382

### CERTIFICATION

All parties are served via the E-file system on this 20th day of April 2020.

PLAINTIFF